UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| OMAR MARTINEZ GALICIA, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No.: 2:26-cv-329-JRO-MJD |
| | ) |
| BRISON SWEARINGEN, *et al.,* | ) |
| | ) |
| Respondents. | ) |

## ORDER

Petitioner, having filed a Motion for Voluntary Dismissal pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and the Court, having taken the motion under advisement, hereby GRANTS the motion and ORDERS that this matter be dismissed without prejudice.

SO ORDERED.

Date: 6/4/2026

Justin R. Olson
United States District Judge
Southern District of Indiana

Distribution to all counsel of record via CM/ECF.